# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANCIS WHITE, III,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT KERNAN, Warden,<br><br>        Respondent. | Case No. ED CV 15-01225 DDP (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: April 27, 2016

                                            _____
                                               DEAN D. PREGERSON
                                            UNITED STATES DISTRICT JUDGE