# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANCIS WHITE, III,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　　　Respondent. | Case No. ED CV 15-01225 DDP (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 27, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE